No. 96–7448. JUVENILE MALE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7449. JUVENILE MALE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7455. ZUCKERMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–7457. MINNICH v. DEUTCH, DIRECTOR OF CENTRAL INTELLIGENCE. C. A. 4th Cir. Certiorari denied.

No. 96–7458. HYUNG SU LEE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7460. TAVARES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–7461. THOMPSEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–7462. JOHNSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 96–7463. EVERARD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–7464. GULATI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–7466. DIXON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–7467. DOMINGUEZ-ALVARADO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7471. HALL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7473. HARVEY v. PERRILL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–7474. WALKER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–7477. VARGAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.